# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Case No. 22-cr-336 (JRT/DJF) |
| Plaintiff, | |
| v. | **ORDER** |
| Clinton James Ward (1), | |
| Defendant. | |

---

This matter is before the Court on the Government's Motion for Discovery ("Motion") (ECF No. 22) pursuant to Federal Rules of Criminal Procedure 16(b), 12.1, 12.2, 12.3 and 26.2.[1]

Based on all the files, records, and proceedings herein, the Government's Motion is **GRANTED** insofar as Mr. Ward shall provide discovery to the extent required by the applicable Rules. With respect to expert discovery pursuant to Rules 16, as the Court previously ordered (ECF No. 20 ¶ 9), the following deadlines shall apply:

    a. Initial expert disclosures: 28 days prior to trial.

    b. Rebuttal expert disclosures: 14 days prior to trial.

**SO ORDERED**.

Dated: July 15, 2024

*s/ Dulce J. Foster*
DULCE J. FOSTER
United States Magistrate Judge

---

[1] Having reviewed the Motion, the Court does not believe a hearing is necessary or would be helpful.